UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHARLES EDWARD DAEDA,

    Plaintiff,

v.                                        Case No. 2:20-cv-878-JLB-NPM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

Before the Court is Plaintiff's Motion for Default Judgment (Doc. 16). The time for a response to the motion has not lapsed, but the Court finds no response necessary. On January 25, 2021, the Court stayed this action for sixty days from the date of the Order or until the Commissioner files an answer and an administrative record, whichever comes sooner. (Doc. 16, p. 2). This relieved the Commissioner from any obligation to plead or otherwise defend this action until the stay expired.

The motion also fails to comply with the pre-filing conference requirement of Local Rule 3.01(g). Despite his pro se status, Plaintiff must comply with all applicable rules and the Court's orders. Had he done so here, he would have undoubtedly been reminded about the stay of proceedings and the absence of any basis for this motion.

According, the Motion for Default Judgment (Doc. 16) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on March 18, 2021.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

2